**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

CONSERVE SOUTHWEST UTAH;
CONSERVATION LANDS FOUNDATION;
CENTER FOR BIOLOGICAL DIVERSITY;
SOUTHERN UTAH WILDERNESS ALLIANCE;
WILDERNESS SOCIETY and WILDEARTH
GUARDIANS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, UNITED STATES BUREAU OF
LAND MANAGEMENT, AND UNITED STATES
FISH AND WILDLIFE SERVICE,

Defendants,

and

UTAH DEPARTMENT OF TRANSPORTATION
and WASHINGTON COUNTY, UTAH,

Intervenor-Defendants

</td>
<td>

No. 1:26-CV-00317-RDM

</td>
</tr>
</table>

**INTERVENOR-DEFENDANTS' UNOPPOSED MOTION FOR PUBLIC ACCESS LINE**

Intervenor-Defendants, the Utah Department of Transportation ("UDOT") and Washington County, Utah, by and through undersigned counsel, and, pursuant to LCvR 7, respectfully submit this Unopposed Motion For Public Access Line. In support thereof, Intervenor-Defendants aver as follows:

1. On February 10, 2026, Plaintiffs moved for a Preliminary Injunction.

2. On February 13, 2026, the Court conducted a Hybrid Status Conference to discuss the parties proposed scheduling plan. At that hearing, the Court directed Intervenor-Defendants and the Federal Defendants to file their Opposition Briefs on February 17,

2026 by 4:00 PM EST and fixed a Preliminary Injunction Hearing for February 20, 2026 at 2:00 PM EST.

3. On February 17, 2026, Intervenor-Defendants and the Federal Defendants filed their respective Oppositions to Plaintiffs Motion for Preliminary Injunction.

4. Intervenor-Defendants are not located in or near the District of Columbia. Although two UDOT officials will attend the hearing in person, others wish to remotely attend the Preliminary Injunction Hearing.

5. Intervenor-Defendants  moves move the Court to permit them to attend via the Court's public access line.

6. On February 19, 2026, Intervenor-Defendants sought consent via electronic mail. Counsel for Plaintiffs advised they did not oppose the request. Counsel for the Federal Defendants advised they take no position on the motion.

WHEREFORE, counsel for Intervenor-Defendants move for the relief requested.

Dated: February 19, 2026                    Respectfully submitted,

                                            **GREENBERG TRAURIG, LLP**

                                            By: /s/ Stacey M. Bosshardt
                                            _____
                                                Stacey M. Bosshardt, Bar. No. 458645
                                                2101 L Street N.W., Suite 1000
                                                Washington, D.C. 20037
                                                Edward K. Roggenkamp, IV, Bar No. 1600397
                                                Aurora Marsh, *pro hac vice*

                                                *Counsel for Intervenor-Defendants*
                                                *Utah Department of Transportation and*
                                                *Washington County, Utah*

2

**CERTIFICATE OF COUNSEL**

I hereby certify that on February 19, 2026, I sought consent to this motion via electronic mail. Counsel for Plaintiffs advised they did not oppose the request. Counsel for the Federal Defendants advised they did not take a position.

Dated: February 19, 2026

By: /s/ Stacey M. Bosshardt
Stacey M. Bosshardt, Bar. No. 458645

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all counsel of record.

Dated: February 19, 2026

By: /s/ Stacey M. Bosshardt
Stacey M. Bosshardt, Bar. No. 458645

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSERVE SOUTHWEST UTAH; CONSERVATION LANDS FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY; SOUTHERN UTAH WILDERNESS ALLIANCE; WILDERNESS SOCIETY and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, AND UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>UTAH DEPARTMENT OF TRANSPORTATION and WASHINGTON COUNTY, UTAH,<br><br>Intervenor-Defendants | No. 1:26-CV-00317-RDM |

**[PROPOSED] ORDER**

This matter having come before this Court on Intervenor-Defendants' Unopposed Motion For Public Access Line, and good cause having been shown, it is

ORDERED, this _____ day of _____ 2026 that Intervenor-Defendants motion be and is hereby GRANTED, and it is

FURTHER ORDERED, that Intervenor-Defendants may attend the February 20, 2026 Preliminary Injunction Hearing via the Court's public access line.

SO ORDERED.

_____
Judge Randolph D. Moss
U.S. DISTRICT COURT JUDGE

Attorneys and Parties entitled to be notified of entry of this order:

Todd C. Tucci
Hannah Goldblatt
Andrew Hursh
ADVOCATES FOR THE WEST
P.O. Box 1612 Boise, ID 83702
Telephone: (208) 342-7024
Email: ttucci@advocateswest.org
Email: hgoldblatt@advocateswest.org
Email: ahursh@advocateswest.org
*Attorney for Plaintiffs Conserve Southwest Utah,
Conservation Lands Foundation, Center for
Biological Diversity, Southern Utah Wilderness
Alliance, The Wilderness Society, and WildEarth
Guardians*

Stacey M. Bosshardt
Edward K. Roggenkamp, IV
Aurora L. Marsh
Greenberg Traurig, LLP
2101 L Street N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3172
Email: Stacey.Bosshardt@gtlaw.com
Email: Ed.Roggenkamp@gtlaw.com
Email: Aurora.Marsh@gtlaw.com
*Attorney for Intervenor-Defendants Utah
Department of Transportation and Washington
County, Utah*

Joseph H. Kim
Ricky D. Turner
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611 Washington D.C. 20044-7611
Telephone: (202) 305-0207
Email: joseph.kim@usdoj.gov
Email: ricky.turner@usdoj.gov
*Attorney for Federal Defendants U.S. Department of
the Interior and Bureau of Land Management*

2